

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2023
APRIL 1, 2025 SESSION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:25-cr-00052
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
**KENNETH MCCORD**  18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)

**I N D I C T M E N T**

The Grand Jury Charges:

<u>COUNT ONE</u>

Between on or about January 4, 2025, and on or about February 4, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant KENNETH MCCORD did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, and attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO**

Between on or about January 4, 2025, and on or about February 4, 2025, at or near Charleston, Kanawha County, Virginia, and within the Southern District of West Virginia, defendant KENNETH MCCORD did knowingly receive and attempt to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), depicting Minor Victim 1, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cell phone and computer, and by using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about July 3, 2024, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, defendant KENNETH MCCORD did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, and attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

On or about March 19, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant KENNETH MCCORD did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**FORFEITURE**

In accordance with 18 U.S.C. §§ 2253(a)(2), 2253(a)(3), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant KENNETH MCCORD of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to, digital media, cell phone(s), tablet(s), and computer equipment seized on March 19, 2025.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney