IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:25-00052

KENNETH MCCORD

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant Kenneth McCord to continue the pretrial motions deadline and hearing in this matter. (ECF No. 28.) For good cause shown the motion is GRANTED as follows:

1. The deadline for the filing of pretrial motions is continued to May 8, 2025;

2. The Pretrial Motions Hearing is continued to June 3, 2025, at 11:00 a.m., in Charleston;

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 23rd day of April, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge