UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 2:25-cr-00052

KENNETH MCCORD

**O R D E R**

The Court previously scheduled a detention hearing in this matter for Tuesday, June 3, 2025, at 1:30 p.m. in Charleston.

On June 2, 2025, Timothy J. LaFon, counsel for the defendant, filed a Withdrawal of Motion/Application/Petition for Release from Custody [ECF No. 35]. Therefore, based on the defendant withdrawing his Motion for Pretrial Release from Detention [ECF No. 32], the Court concludes that there is no condition or combination of conditions of release that will assure the defendant's appearance as required or the safety of other persons or to the community. Accordingly, it is hereby **ORDERED** that the detention hearing is unnecessary and therefore cancelled. Further, it is hereby **ORDERED** that the defendant be detained and remanded to the custody of the United States Marshal pending further proceedings in this matter.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** June 2, 2025

Dwane L. Tinsley
United States Magistrate Judge