```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:25-00052

KENNETH MCCORD

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's motion to continue in this matter. (ECF No. 59.)  In support of defendant's motion, counsel explains that the parties are engaging in plea negotiations and that he has a personal obligation that would interfere with the first day of trial presently set.  The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to March 16, 2026;

2. The Pretrial Motions Hearing is continued to March 26, 2026, at 1:30 p.m. in Charleston;

3. Jury Instructions and Proposed Voir Dire are due by April 7, 2026;

4. Trial of this action is continued to April 14, 2026, at 9:30 a.m. in Charleston; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 5th day of February, 2026.

        ENTER:

        *David A. Faber*
        David A. Faber
        Senior United States District Judge