IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:25-00052

KENNETH MCCORD

MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the defendant asking for an order directing the U.S. Marshal's Service to transport defendant to an appointment for a sex offender evaluation. See ECF No. 85. According to defendant, such an evaluation is necessary for sentencing in this matter. Defendant's motion does not set forth: 1) the identity of any proposed evaluator; 2) the location of the exam; 3) whether counsel has consulted with the USMS regarding their policies or process for such a request and if he has complied with any process;[1] or 4) why such an evaluation will be helpful at sentencing. Without such information, the court cannot properly evaluate defendant's request.

Based upon the foregoing, defendant's motion is **DENIED.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States

[1] See United States v. Miller, No. 23-4375, 2025 WL 786042, at *2 (4th Cir. Mar. 12, 2025) (mentioning "established USMS procedures for obtaining an independent medical evaluation").

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 19th day of November, 2026.

ENTER:

David A. Faber
Senior United States District Judge